United States Bankruptcy Court
Northern District of Indiana

Yoon,
    Plaintiff

Johnson,
    Defendant

Adv. Proc. No. 10-02107-jpk

## CERTIFICATE OF NOTICE

District/off: 0755-2     User: lmb     Page 1 of 1     Date Rcvd: Jul 19, 2011
                     Form ID: pdf004    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2011.
dft        +Donald Johnson,    c/o Century 21 Excellence,    303 Broadway,    Chesterton, IN 46304-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2011**                  **Signature:** _/s/ Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JULIAN WINFORD CAMPBELL | ) | CASE NO. 10-20179 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| *************************** | | |
| STACIA L. YOON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ADVERSARY NO. 10-2107 |
| | ) | |
| DONALD JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

This adversary proceeding came before the court for Trial on July 13, 2011. The plaintiff, Stacia L. Yoon appears personally; The defendant, Donald Johnson does not appear.

Based upon the evidence submitted, including the testimony of Julian Winford Campbell, the court determines that the plaintiff is entitled to judgment in the base amount of $4,500.00; plus attorneys fees of $4352.50; plus costs of $144.13; plus exemplary damages in the amount of $4,500.00; plus the costs of this action, the total amount of the judgment being $13,746.63.

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff Stacia L. Yoon, as Trustee of the Chapter 7 bankruptcy estate of Julian Winford Campbell in Case No. 10-20179, shall have and recover judgment against the defendant Donald Johnson in the amount of $13,746.63, said amount to bear interest at the federal judgment rate from the date of entry of judgment until paid in full.

Dated at Hammond, Indiana on July 18, 2011.

/s/ J. Philip Klingeberger

                                                        J. Philip Klingeberger, Judge  
                                                        United States Bankruptcy Court

<u>Distribution:</u>  
Attorneys of Record  
Donald Johnson c/o Century 21 Excellence 303 Broadway Chesterton, IN 46304